## WILLIAMS *v.* PASSUMPSIC SAVINGS BANK.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE
NORTHERN DISTRICT OF FLORIDA.

No. 1354. Submitted March 30, 1891. — Decided April 6, 1891.

A decree in chancery in a Circuit Court having been brought up by writ of
error instead of appeal, the defendant in error consented to the dismissal
of the writ, and the court announced that if an appeal is seasonably
taken the transcript of the record in this cause may be filed as part of
return.

THIS was a motion by the defendant in error to dismiss a
writ of error for the following reasons:

*First.* Because said cause is a suit in equity and not at law
and for that reason a writ of error does not lie to revise the
proceedings of the United States Circuit Court in the prem-
ises.

*Second.* Because the proceedings sought to be revised by
said writ of error terminated in a final decree and judgment
on the 19th day of October, 1889, at a term of the United
States Circuit Court in and for the Northern District of Florida,
which term finally terminated and adjourned on the 22d day
of November, 1889, and said writ of error was not sued out
until the first day of July, 1890, and no citation has ever been
issued or served in said cause.

Thereupon the plaintiffs in error moved as follows:

Now come the plaintiffs in error in the above entitled cause,
by H. Bisbee, their solicitor, and consent to granting the mo-
tion to dismiss, made by defendant in error; and plaintiffs in
error move for leave to withdraw the transcript of the record,
on the ground that the failure to bring the cause within the
jurisdiction of this court is not attributable to their negligence,
but to that of their solicitors in the court below, and plaintiffs
desire to take and perfect an appeal and should not be sub-
jected to the expense of another transcript.

*Mr. H. Bisbee* for plaintiffs in error.

*Mr. Henry C. Ide* for defendant in error.

FULLER, C. J. The mandate in this cause will issue forth-with, and if the plaintiffs in error seasonably take and prosecute an appeal from that rendered by the Circuit Court, leave will be granted them to file as part of the return on said appeal the transcript of the record in this cause.